FILED FOR RECORD

2015 OCT 13 AM 10: 05

SUSAN ANDERSON
DISTRICT CLERK
MARION COUNTY, TEXAS
BY _____ DEP.

CAUSE NO. 10,846

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | IN AND FOR |
| LOUANNE LARSON | § | MARION COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/13/2015 2:32:32 PM
DEBBIE AUTREY
Clerk

NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, LOUANNE LARSON, Defendant herein, pro se, not an attorney requesting not to be held to the standards of an attorney, and would show the Court as follows:

I.

That on October, 8, 1993, judgement and imposition of sentence was entered against the Defendant in the above-styled and numbered cause.

II.

Defendant herein has filed a Motion Requesting Trace Evidence Search and Order For Forensic DNA Testing of Evidence and said motion was Denied on September 23, 2015. Defendant received the Denial from the Mountain View Unit mailroom on October 2, 2015. Defendant's Notice of Appeal is due to be filed on or before October 12, 2015.

III.

That the Defendant hereby gives written notice of appeal to the Court of Appeals, Sixth Court of Appeals District, Texarkana, Texas, from said denial of motion.

Dated this 5th day of October, 2015.

Respectfully submitted,

Louanne Larson
Mountain View Unit

1

2305 Ransom Road
Gatesville, Texas
76528

By _Louanne Larson_
Louanne Larson
Pro se

## CERTIFICATE OF SERVICE

I, Louanne Larson, do hereby certify that a true and correct copy of the above and foregoing Notice of Appeal has been forwarded by United States Mail, postage prepaid, first class, to the District Attorney for Marion County, Texas, 102 W. Austin St., Courthouse, Jefferson, Texas, 75657, on this the 5th day of October, 2015.

_Louanne Larson_
Louanne Larson

## UNSWORN DECLARATION

I, Louanne Larson, TDCJ No. 649981, being presently incarcerated in Texas Department of Criminal Justice, Mountain View Unit, 2305 Ransom Road, Gatesville, Coryell County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed on this 5th day of October 2015.

_Louanne Larson_
Louanne Larson
Pro se

2